No. 07-14-00011-CR

| | | |
|---|---|---|
| Michael Chamberlain<br>  Appellant | § | From the 100th District Court<br>  of Carson County |
| | § | |
| v. | | April 16, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 16, 2015, it is ordered, adjudged and decreed that the judgment of the trial court is reformed as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o